

FILED-USBC; FLS-FTL
'19 JUL 30 PM12:07

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**          KRATOS HOLDINGS LLC

2. **All other names debtor used
in the last 8 years**          VIP LEASING

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
Identification Number (EIN)**          47-4622853

4. **Debtor's address**

   **Principal place of business**

   610 SE 22nd Street
   Number   Street

   Fort Lauderdale FL 33316
   City                State   ZIP Code

   Broward
   County

   **Mailing address, if different from principal place of business**

   3016 Alhambra Circle
   Number   Street

   P.O. Box

   Coral Gables FL 33134
   City                State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City                State   ZIP Code

5. **Debtor's website (URL)**          _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ❑ Partnership (excluding  LLP)
   ❑ Other. Specify: _____

Debtor __Kratos Holdings LLC__     Case number (if known)_____
       Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 2 1 3

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　 MM / DD / YYYY

　　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　 MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

　　　　District _____ When _____
　　　　　　　　　　　　　　　　　　　 MM / DD / YYYY

　　　　Case number, if known _____

---

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
      Number          Street

_____

_____
City                          State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   __Kratos Holdings LLC__    Case number (if known)_____

Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

██ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■   I have been authorized to file this petition on behalf of the debtor.

■   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __07 30 2019__
       / MM / DD / / YYYY

**✗** _____     __Binoy Karan__

Signature of authorized representative of debtor     Printed name

Title   __am__

**18. Signature of attorney**

**✗** _____     Date _____

Signature of attorney for debtor          MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____   State ____   ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

---

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
                                                                        (State)
Case number (If known):  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ 1,300,000 –

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ ~

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ 1,500,000

---

**Part 2:** **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............. $ 1,255,000

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... + $ _____

4. **Total liabilities**...................................................................................................................... $ 1,255,000
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number-(If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    Current value of debtor's interest

2. **Cash on hand**                                                                 $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____        $_____

4.2. _____        $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | $_____ |

---

### Part 2:   Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

                                                                                    Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____        $_____

7.2. _____        $_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    $_____

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔         $_____

face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔         $_____

face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $_____

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.          $_____

Debtor _____Kratos Holdings LLC_____ Case number (if known)_____
       Name

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
  - ☑ No. Go to Part 6.
  - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. Is any of the property listed in Part 5 perishable?
  - ☑ No
  - ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
  - ☑ No
  - ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
  - ☑ No
  - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
  - ☑ No. Go to Part 7.
  - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _____Kratos Holdings LLC_____    Case number (if known)_____
           Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes


### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. Aircraft and accessories

| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| _____ | $_____ | _____ | $_____ |

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$_____

52. Is a depreciation schedule available for any of the property listed in Part 8?

☐ No

☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☐ No

☐ Yes

Debtor  _____Kratos Holdings LLC_____          Case number (if known)_____
         Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 2200 S Federal Hwy FTL | Owner | $ 1,100,000 | | $ 1,100,000 |
| 55.2 610 SE 22ndSt FTC | Owner | $ 200,000 | | $ 200,000 |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $ 1,300,000 | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,300,000

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor _____Kratos Holdings LLC_____    Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**
    Description (include name of obligor)
    _____ − _____ = → $_____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____     Tax year _____   $_____
    _____     Tax year _____   $_____
    _____     Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    _____     $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____     $_____
    **Nature of claim**     _____
    **Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____     $_____
    **Nature of claim**     _____
    **Amount requested**    $_____

76. **Trusts, equitable or future interests in property**
    _____     $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____     $_____
    _____     $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.      $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor _____Kratos Holdings LLC_____ Case number (if known)_____
Name

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $_____ | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $_____ | |
| 82. Accounts receivable. Copy line 12, Part 3. | $_____ | |
| 83. Investments. Copy line 17, Part 4. | $_____ | |
| 84. Inventory. Copy line 23, Part 5. | $_____ | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $_____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $_____ | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $_____ | |
| 88. Real property. Copy line 56, Part 9. ......................................→ | | $ 1,700,000 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $_____ | |
| 90. All other assets. Copy line 78, Part 11. | + $_____ | |
| 91. Total. Add lines 80 through 90 for each column. ............ 91a. | $_____ | + 91b. $ 1,700,000 - |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ...................................................... $ 1,700,000 -

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                   (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
*Ocean Bank*

Describe debtor's property that is subject to a lien
*2200 S-Federal Hwy*
*old SE 22nd street Ft L FL*
*Commercial retail space*

$ *1,250,000*     $ *1,300,000*

Creditor's mailing address
*780 NW 92nd Ave*
*Miami FL 33126*

Describe the lien *Real Estate Lien*

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred *06, 2015*

Last 4 digits of account
number   _ _ _ _

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

Describe debtor's property that is subject to a lien
_____
_____
_____

$_____     $_____

Creditor's mailing address
_____
_____
_____

Describe the lien _____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account
number   _ _ _ _

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

    ☐ Yes. The relative priority of creditors is specified on lines ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Debtor _____Kratos Holdings LLC_____ Case number (if known)_____
      Name

Column A
Amount of claim
Do not deduct the value
of collateral.

Column B
Value of collateral
that supports this
claim

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

Describe debtor's property that is subject to a lien

_____

_____ $_____ $_____

Creditor's mailing address

_____

_____

_____ Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2._** Creditor's name

Describe debtor's property that is subject to a lien

_____

_____ $_____ $_____

Creditor's mailing address

_____

_____

_____ Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor · _Kratos Holdings LLC_       Case number *(if known)* _____
      Name

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ocean Bank<br>780 NW 42nd Ave<br>Miami FL 33126 | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> _____ <br> _____ <br> _____ | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $ _____ |
| Date or dates debt was incurred <br> _____ | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number  __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address <br> _____ <br> _____ <br> _____ | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $ _____ |
| Date or dates debt was incurred <br> _____ | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number  __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| **2.3** Priority creditor's name and mailing address <br> _____ <br> _____ <br> _____ | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $ _____ |
| Date or dates debt was incurred <br> _____ | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number  __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |

Debtor **Kratos Holdings LLC**

Name

Case number *(if known)* _____

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

2.__ **Priority creditor's name and mailing address**

$ _____    $ _____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

2.__ **Priority creditor's name and mailing address**

$ _____    $ _____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

2.__ **Priority creditor's name and mailing address**

$ _____    $ _____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

2.__ **Priority creditor's name and mailing address**

$ _____    $ _____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Debtor _____Kraŋoc Holdings LLC_____  Case number (if known)_____
       Name

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $_____ |

_____
_____
_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $_____ |

_____
_____
_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $_____ |

_____
_____
_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $_____ |

_____
_____
_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $_____ |

_____
_____
_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $_____ |

_____
_____
_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

Debtor     _Kratos Holdings LLC_
Name

Case number _(if known)_ _____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___   **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

3.___   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

3.___   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

3.___   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

3.___   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |
| 4.__ _____ _____ | Line ____ ☐ Not listed. Explain _____ | — — — — |

Debtor _Kratos Holdings LLC_  Case number (if known)_____
      Name

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____ |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____ Kratos Holdings LLC _____     Case number (if known)_____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor · <u>Kvados Holding LLC</u>
Name

Case number (if known)_____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | | | Column 2: Creditor | |
|---|---|---|---|---|---|
| **Name** | **Mailing address** | | | **Name** | *Check all schedules that apply:* |
| 2.__ | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | | |
| 2.__ | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | | |
| 2.__ | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | | |
| 2.__ | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | | |
| 2.__ | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | | |
| 2.__ | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | | |
| 2.__ | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | | |
| 2.__ | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | | |

Official Form 206H

**Schedule H: Codebtors**

page ___ of ___

Fill in this information to identify the case and this filing:

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

❑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

❑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

❑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

❑ Schedule H: Codebtors (Official Form 206H)

❑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

❑ Amended Schedule ____

❑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01 30 20 ☒ _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Hirek Karan
Printed name

CM
Position or relationship to debtor

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 No Unsecured Creditors Listed | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

| Debtor | Name | Case number (if known) |
|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor _____Kratos Holdings LLC_____ Case number (if known)_____
        Name

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | _____ | | ☐ Other_____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | _____ | | ☐ Other_____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City          State      ZIP Code | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City          State      ZIP Code | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor _____Kratos Holdings LLC_____ Case number (if known)_____
        Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $_____ |
| Creditor's name | _____ | _____ | |
| Street | _____ | | |
| _____ | _____ | | |
| City        State      ZIP Code | | | |
| 5.2. | | | $_____ |
| Creditor's name | _____ | _____ | |
| Street | _____ | | |
| _____ | _____ | | |
| City        State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Direct Inv vs Kratos Holding | Contract | Miami Dade | ☑ Pending |
| | | Name Canty Clerck | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| _____ | | Miami  FC | |
| | | City      State      ZIP Code | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending |
| _____ | _____ | | ☐ On appeal |
| Case number | | Name _____ | ☐ Concluded |
| _____ | | Street _____ | |
| | | City      State      ZIP Code | |

Debtor _____Kilatos Holding LLC_____ Case number (if known)_____
Name

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| _____ Custodian's name | Case title | Court name and address |
| _____ Street | | |
| _____ | _____ | _____ Name |
| _____ City     State     ZIP Code | Case number | _____ Street |
| | _____ | _____ |
| | Date of order or assignment | _____ City     State     ZIP Code |
| | _____ | |

---

## Part 4:     Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | | | |
| _____ City     State     ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | | | |
| _____ City     State     ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |

---

## Part 5:     Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| _____ | _____ | _____ | $_____ |

---

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1. _____

     **Address**                _____          _____     $_____

     Street

     City            State      ZIP Code

     **Email or website address**

     **Who made the payment, if not debtor?**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2. _____

     **Address**                _____          _____     $_____

     Street

     City            State      ZIP Code

     **Email or website address**

     **Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |

Debtor ___Kratos Holdings LLC___     Case number (if known)_____
    <sub>Name</sub>

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| Street | | | |
| _____ | | | |
| City   State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| | | | |
| Who received transfer? | _____ | _____ | $_____ |
| 13.2. _____ | _____ | | |
| **Address** | | | |
| Street | | | |
| _____ | | | |
| City   State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

---

**Part 7:**   **Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | | Dates of occupancy |
|---|---|---|---|
| 14.1 _____ | | From _____ | To _____ |
| Street | | | |
| _____ | | | |
| City   State   ZIP Code | | | |
| 14.2. _____ | | From _____ | To _____ |
| Street | | | |
| _____ | | | |
| City   State   ZIP Code | | | |

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page 6

## Part 8:     Health Care Bankruptcies

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>_____ | How are records kept?<br><br>Check all that apply:<br>☐ Electronically<br>☐ Paper |
| _____<br>City      State      ZIP Code | _____ | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>_____ | How are records kept?<br><br>Check all that apply:<br>☐ Electronically<br>☐ Paper |
| _____<br>City      State      ZIP Code | _____ | |

## Part 9:     Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☑ No.
☐ Yes. State the nature of the information collected and retained. _____
    Does the debtor have a privacy policy about that information?
        ☐ No
        ☐ Yes

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
        ☐ No. Go to Part 10.
        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ − __ __ __ __ __ __ __ |

        Has the plan been terminated?
            ☐ No
            ☐ Yes

Debtor        Krafos Holdings LLC                    Case number (if known)_____
         Name

---

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

#### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | XXXX-__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | XXXX-__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

#### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

#### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor _____Kredos Holdings LLC_____  Case number (if known)_____
         Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

24. Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| | | From _____ To _____ |
| City        State        ZIP Code | | |
| 25.2. Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| | | From _____ To _____ |
| City        State        ZIP Code | | |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.3. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| | | From _____ To _____ |
| City        State        ZIP Code | | |

Debtor ___Krates Holding, LLC___      Case number (if known)_____
Name

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. | | | From _____  To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | | | From _____  To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | | | From _____  To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. | | | From _____  To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | | | |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

---

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|

26c.2.

Name _____

Street _____

City _____ State _____ ZIP Code _____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1.

Name _____

Street _____

City _____ State _____ ZIP Code _____

**Name and address**

26d.2.

Name _____

Street _____

City _____ State _____ ZIP Code _____

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.

Name _____

Street _____

City _____ State _____ ZIP Code _____

Debtor _____Kreeos Hddmus CCC_____  Case number (if known)_____

 Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

Name and address of the person who has possession of inventory records

27.2.
_____
Name

_____
Street

_____
City                                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name | | | |
| Street | | | |
| City                State        ZIP Code | | | |
| Relationship to debtor | | | |

Debtor _____Kretes Holdings LLC_____ Case number (if known)_____
      Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | | |

Name _____

Street _____                              _____

City _____ State _____ ZIP Code _____             _____

Relationship to debtor                                          _____

_____

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

_____                    EIN: __ __ - __ __ __ __ __ __ __

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

_____                    EIN: __ __ - __ __ __ __ __ __ __

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _02 _/ 10 _/ 2019__
              MM / DD / YYYY

**✗** _____          Printed name _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Ocean Bank
780 NW 42nd Ave
Miami FL 33126